IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| THOMAS HART, | ) | CASE NO. 1:22-cv-138 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| TYSON FRESH MEATS, INC., | ) | |
| Defendant. | ) | |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

The above-named Defendant hereby gives notice of removal of Case No. LACV146584 from the Iowa District Court for Black Hawk County to the United States District Court for the Northern District of Iowa, Eastern Division. In support thereof, Defendant states as follows:

1. On or about October 24, 2022, a civil action was commenced in the Iowa District Court for Black Hawk County captioned *Thomas Hart v. Tyson Fresh Meats, Inc.*, Black Hawk County Case No. LACV146584. True and correct copies of the Original Notice and Petition are attached hereto as Exhibit A.

2. Defendant has not yet been served.

3. Plaintiff is a citizen of the State of Iowa.

4. Defendant is incorporated in Delaware with its principal place of business in Arkansas.

5. Plaintiff and Defendant are citizens of different states, and they are wholly diverse.

6. Jurisdiction over actions between citizens of diverse states is vested in this Court pursuant to 28 U.S.C. sections 1332 and 1441.

7. Defendant removed this action within thirty (30) days of being served the Original Notice and Petition. This Notice of Removal is timely filed pursuant to 28 U.S.C. Section 1446.

Dated: November 21, 2022

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Kelsey J. Knowles*

| | |
|---|---|
| Michael R. Reck | AT0006573 |
| Kelsey J. Knowles | AT0004233 |

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 558-0645
Email: mrreck@belinmccormick.com
kjknowles@belinmccormick.com
ATTORNEYS FOR DEFENDANT

T0345\0070\(4104525)