IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HART, | ) | CASE NO. 1:22-cv-138 |
| Plaintiff, | ) | |
| v. | ) | **RULE 81.1 CERTIFICATE** |
| TYSON FRESH MEATS, INC., | ) | |
| Defendant. | ) | |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA, EASTERN DIVISION

Defendant, by and through the undersigned counsel, pursuant to Local Rule 81.1, hereby certifies the following to this Court with regard to its Notice of Removal:

1. All pleadings and other papers filed in the State Court proceeding through the date of this Notice are as follows:

    a) Original Notice and Petition at Law.

2. Copies of all such documents are attached to the Notice of Removal filed concurrently herewith.

3. No matters are pending in the State Court that require resolution by this Court, other than the claim asserted by Plaintiff.

4. The following counsel have appeared in the State Court action:

    Nathaniel R. Boulton
    Hedberg & Boulton, P.C.
    100 Court Avenue, Suite 425
    Des Moines, IA  50309
    Email:  nboulton@hedberglaw.com

    Marlon Mormann
    3320 Kinsey Avenue
    Des Moines, IA  50317
    Email:  aljmormann@gmail.com
    ATTORNEYS FOR PLAINTIFF

Dated: November 21, 2022

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Kelsey J. Knowles*

| | |
|---|---|
| Michael R. Reck | AT0006573 |
| Kelsey J. Knowles | AT0004233 |

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 558-0645
Email: mrreck@belinmccormick.com
kjknowles@belinmccormick.com

ATTORNEYS FOR DEFENDANT

T0345\0070\(4104532)