IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HAMDIJA BEGANOVIC,<br>　　Plaintiff,<br>v.<br>TYSON FRESH MEATS, INC.,<br>　　Defendant. | **CASE NO. C22-2052-LTS-KEM**<br>**(CONSOLIDATED)** |
| THOMAS HART,<br>　　Plaintiff,<br>v.<br>TYSON FRESH MEATS, INC.,<br>　　Defendant. | CASE NO. C22-2068-LTS-KEM |
| DONALD MERSCHBROCK,<br>　　Plaintiff,<br>v.<br>TYSON FRESH MEATS, INC.,<br>　　Defendant. | CASE NO. C22-2069-LTS-KEM |
| CODY BRUSTKERN,<br>　　Plaintiff,<br>v.<br>TYSON FRESH MEATS, INC.,<br>　　Defendant. | CASE NO. C22-2070-LTS-KEM |
| JOHN CASEY,<br>　　Plaintiff,<br>v.<br>TYSON FRESH MEATS, INC.,<br>　　Defendant. | CASE NO. C22-2072-LTS-KEM |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

　　Paxton J. Williams of Belin McCormick, P.C. hereby enters his appearance on behalf of Defendant Tyson Fresh Meats, Inc. in the above-captioned matter.

Respectfully submitted,

BELIN McCORMICK, P.C.

_____
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:   (515) 283-4638
Facsimile:   (515) 558-0638
Email:       pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANT

T0345\0068\(4150834)

2
Case 6:22-cv-02068-LTS-KEM   Document 8   Filed 01/13/23   Page 2 of 2